| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Eifert, Cheryl A. | 2. Court or Organization<br><br>District Court - West Virginia | 3. Date of Report<br><br>05/03/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>Sidney L. Christie Federal Building<br>845 Fifth Avenue, Room 109<br>Huntington, West Virginia 25701 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Offfutt & Nord, PLLC Retirement Plan ( Former Employer) Rolled over to IRA Nov., 2011 |
| 2. 1997 | Charleston Area Medical Center Retirement Plan ( Former Employer) Rolled over to IRA Nov., 2011 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Offutt, Nord & Burchett, PLLC (Member, Self-Employed Attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank Accounts | A | Interest | L | T | | | | | |
| 2. Chase Bank Account | A | Interest | J | T | | | | | |
| 3. BB&T Bank Account | A | Interest | J | T | | | | | |
| 4. Northwestern Mutual LIfe - 6 Whole Life Policies | E | Dividend | N | T | | | | | |
| 5. WV Smart 529 Plan # 1- 9 to 13 Aged Based Strategy | B | Int./Div. | K | T | Buy (add'l) | 01/10/11 | J | | |
| 6. WV Smart 529 Plan # 2 - 0 to 8 Aged Based Strategy | B | Int./Div. | K | T | Buy (add'l) | 01/10/11 | J | | |
| 7. Land, Calhoun Cty., WV - ▓▓▓ 50% interest | | None | L | W | | | | | |
| 8. Mineral Rights, Calhoun Cty., WV | B | Royalty | J | W | | | | | |
| 9. New York Life Mainstay Fixed Deferred Annuity Contract | | None | K | T | | | | | |
| 10. Offutt & Nord, PLLC Retirement Plan #1 | E | Int./Div. | N | T | | | | | |
| 11. - ING Pimco Total Return Portfolio 1 | | | | | Buy (add'l) | 01/31/11 | J | | |
| 12. - ING Solution Income Portfolio Adv. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 13. - American Funds Income Fund R3 | | | | | Buy (add'l) | 01/31/11 | J | | |
| 14. -Vanguard VIF Diversified Value Portfolio | | | | | Buy (add'l) | 01/31/11 | J | | |
| 15. - Pioneer Fund Class R | | | | | Buy (add'l) | 01/31/11 | J | | |
| 16. - American Funds Growth Fund R3 | | | | | Buy (add'l) | 01/31/11 | J | | |
| 17. - Wanger Select | | | | | Buy (add'l) | 01/31/11 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds Europacific R3 | | | | | Buy (add'l) | 01/31/11 | J | | |
| 19. Charleston Area Medical Center Retirement Plan | B | Int./Div. | | | | | | | |
| 20. - Fidelity Freedom | | | | | Sold | 11/17/11 | L | | |
| 21. - Fidelity Freedom | | | | | Sold | 11/17/11 | L | | |
| 22. - Metlife Fixed Account | | | | | Sold | 11/17/11 | K | | |
| 23. Offutt & Nord, PLLC Retirement Plan #2 | D | Int./Div. | | | | | | | |
| 24. - ING Pimco Total Return Portfolio | | | | | Sold | 11/28/11 | K | | |
| 25. - American Funds Income Fund R3 | | | | | Sold | 11/28/11 | J | | |
| 26. - Vanguard VIF Diversified Value Portfolio | | | | | Sold | 11/28/11 | J | | |
| 27. - American Funds Growth Fund R3 | | | | | Sold | 11/28/11 | K | | |
| 28. Scott & Stringfellow Brokerage Account | | | | | | | | | |
| 29. - Aim Equity Funds Invesco Constellation Class A | A | Dividend | | | Sold | 11/17/11 | J | | |
| 30. - Aim Investment Security Funds - Invesco Muni. Bonds CL A | A | Interest | | | Sold | 11/17/11 | J | | |
| 31. - Capital World Growth & Income Fund Class C | A | Int./Div. | | | Sold | 11/17/11 | K | C | |
| 32. - Goldman Sachs TR Growth Strategy Portfolio | A | Int./Div. | | | Sold | 11/17/11 | L | D | |
| 33. - BB&T Financial Insured Bank Deposit | A | Interest | | | Sold | 11/17/11 | K | | |
| 34. Scott & Stringfellow IRA | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Goldman Sachs TR Growth Strategy Portfolio Class C | A | Int./Div. | | | Sold | 11/17/11 | K | | |
| 36. - BB&T Financial Insured Bank Deposit | A | Interest | | | Sold | 11/17/11 | K | | |
| 37. Northwestern Mutual Variable Annuity (X) | | | | | | | | | |
| 38. - Equity Income (MSA/ T Rowe Price) B | A | Int./Div. | J | T | Buy | 11/30/11 | J | | |
| 39. - Index 500 Stock (MSA) B | A | Dividend | J | T | Buy | 11/30/11 | J | | |
| 40. - Mid-Cap Value (MSA/ American Century) B | A | Int./Div. | J | T | Buy | 11/30/11 | J | | |
| 41. - Small Cap Value (MSA/ T Rowe Price) B | A | Int./Div. | J | T | Buy | 11/30/11 | J | | |
| 42. - International Eq (MSA/Franklin Tmp) B | A | Int./Div. | J | T | Buy | 11/30/11 | J | | |
| 43. - Select Bond (MSA) B | A | Interest | L | T | Buy | 11/30/11 | L | | |
| 44. - Russell Core Bond - B | A | Interest | K | T | Buy | 11/30/11 | K | | |
| 45. - High Yield Bond (MSA) B | A | Interest | J | T | Buy | 11/30/11 | J | | |
| 46. Northwestern Mutual Annuity - Rollover IRA (X) | | None | N | T | Buy | 11/30/11 | N | | |
| 47. Citizens National Bank - Inherited IRA (X) | A | Interest | J | T | Distributed (part) | 12/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eifert, Cheryl A. | 05/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 5 & 6      Additional 529 contibutions were made to each plan on 12/19/11.

Part VII, Lines 11 - 18      Because 401-k deferrals and employer matches were deposited monthly, additional amounts were invested in these securities
each month.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Cheryl A. Eifert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544